IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

ESTATE OF STANLEY S. SPIELMAN
and PHYLLIS SPIELMAN,

      Plaintiffs,

-vs-                                            Case No. 2:11-cv-13504
                                                 Hon. Stephen J. Murphy, III

CHROMATECH, INC., a
Michigan corporation,                        Magistrate Judge Paul J. Komives
ROY PERLOVE, Resident of
State of Michigan, HOWARD PRINTZ,
Resident of State of New York,

      Defendants.
_____

RONALD P. CHELI (P28251)
CHELI & LYSHAK, P.L.C.
Attorney for Plaintiffs
26154 Woodward Ave., P.O. Box 1257
Royal Oak, Michigan 48068-1257
248.545.1700
chelir@lawmich.com

LON JACKSON (P26742)
LON R. JACKSON AND ASSOCIATES, P.C.
Attorney for Plaintiffs
26154 Woodward Avenue, P.O. Box 1257
Royal Oak, Michigan 48068-1257
248.545.1700
lonjackson.atty@gmail.com
_____

### **NOTICE OF DISMISSAL BY PLAINTIFF**

      The Plaintiff hereby voluntarily dismisses the above entitled action with prejudice pursuant to FRCP, 41. That this Notice of Dismissal does not waive the right of any party to enforce the terms of the "Stock Agreement" entered into between the parties on

1

September 23, 2011 in a court of competent jurisdiction.

/s/ Ronald P. Cheli
Ronald P. Cheli
Cheli & Lyshak, P.L.C.
26154 Woodward Avenue
Royal Oak, Michigan 48067
(248) 545-1700/ (248) 545-8990 (fax)
chelir@lawmich.com
P28251

Dated:   September 28, 2011